NO. 07-07-0463-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 11, 2008

_____

DONALD RAY RECTOR, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 56,147-D; HONORABLE RICHARD DAMBOLD, JUDGE[1]

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Following a plea of not guilty, Appellant, Donald Ray Rector, Jr., was convicted by a jury of possession of a controlled substance in a drug free zone, enhanced, and sentenced to fifteen years confinement. Appellant timely filed a notice of appeal

_____

[1]Sitting by assignment.

challenging his conviction.  The clerk's record filed on January 3, 2008, contains the Trial

Court's Certification of Defendant's Right of Appeal.  The form, however, is not signed by

Appellant as required by Rule 25.2(d) of the Texas Rules of Appellate Procedure.[2]

Consequently, we abate this appeal and remand the cause to the trial court for

further proceedings.  Upon remand, the trial court shall utilize whatever means necessary

to secure a Certification of Defendant's Right of Appeal in compliance with Rule 25.2(d).

Once properly executed, the certification shall be included in a supplemental clerk's record

and filed with this Court on or before January 31, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[2]Rule 25.2(d) was amended to require that a defendant sign the certification and receive a copy.  The amendment became effective September 1, 2007.